LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 – fax
kanderson@lipsonneilson.com

*Attorneys for Defendant,*
*Treasures Landscape Maintenance Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFIRMA VENTURE LLC, a Nevada corporation; TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | CASE NO.: 2:17-cv-01890-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

Defendant TREASURES LANDSCAPE MAINTENANCE ASSOCIATION ("HOA"), and Plaintiff U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6 (U.S. BANK, N.A.), by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for HOA to Respond to Plaintiff U.S. BANK, N.A.'s Complaint shall be extended to **November 16,**

**2017**. The HOA's Response was originally due on October 26, 2017, however, counsel for the HOA has just recently been retained in this matter and requires additional time to analyze Plaintiff's claims.

This is the HOA's first request for an extension of these deadlines and is not intended for the purposes of prejudice or delay.

DATED this 25th day of October, 2017.  DATED this 25th day of October, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

BALLARD SPAHR, LLP

*/s/ Kaleb D. Anderson*
By:_____
Kaleb D. Anderson, Esq. (Bar # 7582)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant
Treasures Landscape Maintenance Association*

*/s/ Justin A. Shiroff*
By:_____
Justin A. Shiroff, Esq. (Bar #12869)
100 North City Parkway, Suite 1750
Las Vegas, NV 89106

*Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED.

DATED this  26th  day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

*/s/ Kaleb D. Anderson*
By:_____
Kaleb D. Anderson, Esq. (Bar # 7582)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant
Treasures Landscape Maintenance Association*