LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ. (Bar #7582)
LISA J. ZASTROW, ESQ. (Bar #9727)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 – fax
kanderson@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Defendant,*
*Treasures Landscape Maintenance Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6, | CASE NO.: 2:17-cv-01890-JCM-NJK |
| | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| Plaintiff, | **(SECOND REQUEST)** |
| vs. | |
| TERRAFIRMA VENTURE LLC, a Nevada corporation; TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation, | |
| Defendants. | |

Defendants TERRAFIRMA VENTURE LLC ("Terrafirma") and TREASURES LANDSCAPE MAINTENANCE ASSOCIATION ("HOA") (collectively, "Defendants"), and Plaintiff U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6 ("Plaintiff" or "U.S. Bank"), by and through their respective counsel, hereby agree and stipulate as follows:

1.  On July 10, 2017, Plaintiff filed a Complaint, ECF No. 1.

*Lipson, Neilson, Cole, Seltzer & Garin, P.C.*
*9900 Covington Cross Drive, Suite 120*
*Las Vegas, Nevada 89144*
*(702) 382-1500 – fax (702) 382-1512*

**Lipson, Neilson, Cole, Seltzer & Garin, P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512

2.   On October 25, 2017, the HOA and Plaintiff filed Stipulation and Order to Extend Time to File Response to Plaintiff's Complaint, and which was duly entered by the Court. ECF No. 12.

3.   HOA's response to Plaintiff's Complaint is presently due on November 16, 2017.

4.   Defendant Terrafirma's response to Plaintiff's Complaint is due on November 20, 2017.

5.   Additional time is needed by the HOA counsel and Terrafirma's counsel to further evaluate Plaintiff's claims.

6.   Plaintiff has agreed to provide both Defendants Terrafirma and HOA an extension of time up to and until November 27, 2017 within which to file their responses to Plaintiff's Complaint, which will result in both Defendants responding on the same day.

7.   This is the second request for an extension of these deadlines.

8.   This stipulation is made solely as the parties' way of accommodating one another and is not in any way intended for the purposes of prejudice or delay.

///
///
///
///
///
///
///
///
///
///
///

For the above stated reasons, IT IS HEREBY AGREED AND STIPULATED, that

the deadline for Terrafirma and HOA to respond to Plaintiff U.S. Bank's Complaint shall

be extended to **November 27, 2017**.

DATED this _15th_ day of November, 2017.     DATED this _15th_ day of November, 2017.

LIPSON, NEILSON, COLE, SELTZER &          BALLARD SPAHR, LLP
GARIN, P.C.


By: _/s/ Lisa J. Zastrow_                         By: _/s/ Justin A. Shiroff_
    Kaleb D. Anderson, Esq. (Bar #7582)              Justin A. Shiroff, Esq. (Bar #12869)
    Lisa J. Zastrow, Esq. (Bar #9727)              100 North City Parkway, Ste. 1750
    9900 Covington Cross Dr., Ste. 120              Las Vegas, NV  89106
    Las Vegas, NV  89144                           *Attorney for Plaintiff*
    *Attorneys for Defendant*
    *Treasures Landscape Maintenance*
    *Association*

DATED this _15th_ day of November, 2017.

BALL LAW GROUP


By: _/s/ Zachary T. Ball_
    Zachary T. Ball, Esq. (Bar #8364)
    3455 Cliff Shadows Pkwy., Ste. 150
    Las Vegas, NV  89124
    *Attorneys for Defendant*
    *Terrafirma Venture, LLC*

## ORDER

IT IS SO ORDERED.

DATED: November 16 ___, 2017.


_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: _/s/ Lisa J. Zastrow_
    Kaleb D. Anderson, Esq. (Bar #7582)
    Lisa J. Zastrow, Esq. (Bar #9727)
    9900 Covington Cross Dr., Suite 120
    Las Vegas, NV 89144
    *Attorneys for Defendant Treasures Landscape*
    *Maintenance Association*

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512