Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-HE6*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6, <br><br> Plaintiff, <br><br> vs. <br><br> TERRAFIRMA VENTURE LLC, a Nevada corporation; TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation, <br><br> Defendants. | Case No. 2:17-cv-01890-JCM-NJK <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR U.S. BANK TO RESPOND TO TERRAFIRMA VENTURE LLC'S MOTION TO DISMISS [DKT. 19] AND TREASURES LANDSCAPE MAINTENANCE ASSOCIATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT [DKT. 18] <br><br> (FIRST REQUEST) |

December 11, 2017 is the current deadline for Plaintiff, U.S. Bank N.A., Successor Trustee to Bank of America, N.A., Successor in Interest to LaSalle Bank N.A., on Behalf of The Registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE6 (the "Trust") to respond to (1)

DMWEST #17306134 v2

1  Treasures Landscape Maintenance Association's Motion to Dismiss, or in the
2  Alternative, Motion for Summary Judgment (Dkt. 18), and (2) Defendant, Terrafirma
3  Venture LLC's Motion to Dismiss Plaintiff's Complaint (Dkt. 19) (collectively, the
4  "Motions to Dismiss"). Defendant Terrafirma Venture LLC and Treasures Landscape
5  Maintenance Association stipulate and agree that the Trust has up to and including
6  December 21, 2017 to respond to the Motions to Dismiss.

(*Remainder of Page Left Intentionally Blank*)

DMWEST #17306134 v2

The parties submit this stipulation in good faith and not for purposes of delay.

Dated: this 11th day of December, 2017.

| | |
|---|---|
| Lipson, Neilson, Cole, Seltzer & Garin, P.C. | The Ball Law Group |
| By: Lisa J. Zastrow | By: /s/ Zachary T. Ball |
| Kaleb D. Anderson, Esq.<br>Nevada Bar No. 7582<br>Lisa J. Zastrow, Esq.<br>Nevada Bar No. 9272<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144 | Zachary T. Ball<br>Nevada Bar No. 8364<br>3455 Cliff Shadows Parkway<br>Suite 150<br>Las Vegas, Nevada 89129 |
| Attorneys for Defendant, Treasures Landscape Maintenance Association | *Attorney for Terrafirma Venture LLC* |

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
United States District Judge

DATED this: December 15, 2017

3

DMWEST #17306134 v2