Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-HE6*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFIRMA VENTURE LLC, a Nevada corporation; TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:17-cv-01890-JCM-NJK<br><br>**CORRECTED STIPULATION AND ORDER TO EXTEND TIME FOR U.S. BANK TO RESPOND TO TERRAFIRMA VENTURE LLC'S MOTION TO DISMISS [DKT. 19] AND TREASURES LANDSCAPE MAINTENANCE ASSOCIATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT [DKT. 18]**<br><br>**(SECOND REQUEST)**[1] |

December 21, 2017 is the current deadline for Plaintiff, U.S. Bank N.A.,

---

[1] The Court entered a minute order on December 21, 2017 instructing the Parties to resubmit a corrected stipulation that complies with Local Rule IA 6-1(c). (Dkt. 27.) The Parties have corrected the stipulation and order so that it complies with the Local Rule IA 6-1(c).

DMWEST #17334204 v1

Successor Trustee to Bank of America, N.A., Successor in Interest to LaSalle Bank N.A., on Behalf of The Registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE6 (the "Trust") to respond to Treasures Landscape Maintenance Association's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Dkt. 18), and Defendant, Terrafirma Venture LLC's Motion to Dismiss Plaintiff's Complaint (Dkt. 19) (collectively, the "Motions to Dismiss"), both of which were <u>filed November 27, 2017</u>.  This Court granted the Parties' first stipulation for extension of time to respond on December 15, 2017 (Dkt. 25).  Because of the numerous arguments raised in support of motions to dismiss and the Treasures Landscape Maintenance Association's alternative motion for summary judgment, as well as the significant number of end-of-year deadlines, the Trust needs additional time to adequately address each argument for the Court.  Therefore, Defendant Terrafirma Venture LLC and Treasures Landscape Maintenance Association stipulate and agree that the Trust has up to and including January 4, 2018 to respond to the Motions to Dismiss.

(*Remainder of Page Left Intentionally Blank*)

DMWEST #17334204 v1

The parties submit this stipulation in good faith and not for purposes of delay.

Dated: this 21st day of December, 2017.

| Lipson, Neilson, Cole, Seltzer & Garin, P.C. | The Ball Law Group |
|---|---|
| By: /s/ Lisa J. Zastrow<br>Kaleb D. Anderson, Esq.<br>Nevada Bar No. 7582<br>Lisa J. Zastrow, Esq.<br>Nevada Bar No. 9272<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144 | By: /s/ Zachary T. Ball<br>Zachary T. Ball<br>Nevada Bar No. 8364<br>3455 Cliff Shadows Parkway<br>Suite 150<br>Las Vegas, Nevada 89129 |
| *Attorneys for Defendant, Treasures Landscape Maintenance Association* | *Attorney for Terrafirma Venture LLC* |

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
United States District Judge

DATED December 29, 2017.