Zachary T. Ball, Esq.
Nevada Bar No. 8364
**THE BALL LAW GROUP**
3455 Cliff Shadows Parkway
Suite 150
Las Vegas, Nevada 89129
Telephone: (702) 303-8600
Email: zball@balllawgroup.com
Attorney for *Terrafirma Venture LLC*

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFIRMA VENTURE LLC, a Nevada corporation; TREASURERS LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No.:   2:17-cv-01890-JCP-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR TERRAFIRMA VENTURE LLC AND DEFENDANT TREASURES LANDSCAPE MAINTENANCE ASSOCIATION TO RESPOND TO U.S. BANK'S OPPOSITION TO MOTION TO DISMISS [DKT. 30]**<br><br>**(FIRST REQUEST)** |

In this matter, Defendant, TERRAFIRMA VENTURE, LLC ("TERRAFIRMA") filed a Motion to Dismiss on November 27, 2017 (Dkt. 19) and Plaintiff filed its Opposition to this motion on January 4, 2018 (Dkt. 30). Defendant TREASURES LANDSCAPE MAINTENANCE ASSOCIATION ("TREASURES") filed a Motion to Dismiss or, in the Alternative, Motion for Summary Judgment on November 27, 2017 (Dkt. 18) and Plaintiff filed its Opposition to this motion on January 4, 2018 (Dkt. 31). January 11, 2017 is the current deadline for TERRAFIRMA and TREASURES to respond to Plaintiff's Oppositions.

Based on conflicting deadlines in other matters as well as the numerous arguments raised

in Plaintiff's Oppositions, TERRAFIRMA and TREASURES need additional time to fully respond. Therefore, Plaintiff, TREASURES and TERRAFIRMA stipulate and agree that TERRAFIRMA and TREASURES have up to and including January 28, 2018 to file responses to Plaintiff's Oppositions. The parties submit this stipulation in good faith and not for purposes of delay.

DATED this 11th day of January, 2018.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

/s/ Lisa J. Zastrow, Esq.
_____
Kaleb D. Anderson, Esq.
Nevada Bar No. 7582
Lisa J. Zastrow, Esq.
Nevada Bar No. 9272
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
Attorney for *Defendant, Treasures Landscape Maintenance Association*

DATED this 11th day of January, 2018.

BALLARD SPAHR LLP

/s/ Justin A. Shiroff, Esq.
_____
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Justin A. Shiroff, Esq.
Nevada Bar No. 12869
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Attorneys for *Plaintiff*

DATED this 11th day of January, 2018.

THE BALL LAW GROUP LLC

/s/ Zachary T. Ball, Esq.
_____
Zachary T. Ball, Esq., SBN 8364
3455 Cliff Shadows Pkwy., Ste. 150
Las Vegas, Nevada 89129
Attorney for *Terrafirma Venture LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED this: January 11, 2018
_____