LIPSON NEILSON, P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 – fax
kanderson@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Defendant,*
*Treasures Landscape Maintenance Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFIRMA VENTURE LLC, a Nevada corporation; TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | CASE NO.: 2:17-cv-01890-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO U.S. BANK'S OPPOSITION TO MOTION TO DISMISS [ECF NO. 31]**<br><br>**(SECOND REQUEST)** |

Defendant TREASURES LANDSCAPE MAINTENANCE ASSOCIATION ("HOA"), and Plaintiff U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6 ("Plaintiff"), by and through their respective counsel, hereby agree and stipulate as follows:

1. On November 27, 2017, HOA filed a Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, ECF No. 18.

2. On January 4, 2018, Plaintiff filed Memorandum in Opposition to Treasures Landscape Maintenance Association's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment ("Opposition"), ECF No. 31.

3. On January 11, 2018, by virtue of a Stipulation and Order (First Request) filed in this case, HOA was granted up to and including January 28, 2018 to file response to Plaintiff's Opposition, ECF No. 33.

4. Plaintiff has agreed to grant HOA an extension of time up to and until February 2, 2018 within which to file its Reply to Plaintiff's Opposition, to accommodate HOA's counsel who was ill during the past week.

5. This is the parties' second request for an extension of these deadlines.

6. This stipulation is made solely as the parties' way of accommodating one another and is not in any way intended for the purposes of prejudice or delay.

…
…
…
…
…
…
…
…
…
…
…
…
…
…
…

For the above stated reasons, IT IS HEREBY AGREED AND STIPULATED, that the deadline for HOA to file Reply to Plaintiff's Opposition [ECF No. 31] shall be extended to **February 2, 2017**.

DATED this 26th day of January, 2018.  DATED this 26th day of January, 2018.

BALLARD SPAHR, LLP  LIPSON NEILSON, P.C.

By: */s/ Justin A. Shiroff*
    Justin A. Shiroff, Esq. (Bar #12869)
    100 North City Parkway, Suite 1750
    Las Vegas, NV 89106

    *Attorneys for Plaintiff*

By: */s/ Lisa J. Zastrow*
    Kaleb D. Anderson, Esq. (Bar # 7582)
    Lisa J. Zastrow, Esq. (Bar # 9727)
    9900 Covington Cross Dr., Suite 120
    Las Vegas, NV 89144

    *Attorneys for Defendant*
    *Treasures Landscape Maintenance Association*

**ORDER**

IT IS SO ORDERED.

DATED: January 26, 2018.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LIPSON NEILSON, P.C.

By: */s/ Lisa J. Zastrow*
    Kaleb D. Anderson, Esq. (Bar # 7582)
    Lisa J. Zastrow (Bar # 9727)
    9900 Covington Cross Dr., Suite 120
    Las Vegas, NV 89144

    *Attorneys for Defendant*
    *Treasures Landscape Maintenance Association*