LIPSON NEILSON, P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 – fax
kanderson@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Defendant,*
*Treasures Landscape Maintenance Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFIRMA VENTURE LLC, a Nevada corporation; TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | CASE NO.: 2:17-cv-01890-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO U.S. BANK'S OPPOSITION TO MOTION TO DISMISS [ECF NO. 31]**<br><br>**(THIRD REQUEST)** |

Defendant TREASURES LANDSCAPE MAINTENANCE ASSOCIATION ("HOA"), and Plaintiff U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6 ("Plaintiff"), by and through their respective counsel, hereby agree and stipulate as follows:

1. On November 27, 2017, HOA filed a Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, ECF No. 18.

2. On January 4, 2018, Plaintiff filed Memorandum in Opposition to Treasures Landscape Maintenance Association's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment ("Opposition"), ECF No. 31.

3. On January 11, 2018, by virtue of a Stipulation and Order (First Request) filed in this case, HOA was granted up to and including January 28, 2018 to file response to Plaintiff's Opposition, ECF No. 33.

4. After the new year, the HOA's counsel became sick with the flu and the court and Plaintiff graciously agreed to extend the Reply briefing deadline. In fact, her son and husband also were ill.

5. Now, unfortunately, the Lipson Neilson local experienced a – hopefully temporary – network system crash and HOA's counsel has no access to documents, including pleadings and discovery – necessary to complete the Reply brief. A computer technician is working on the network issues currently but there is no known timeframe for resolution of the network issues.

6. Plaintiffs counsel has once again graciously agreed to extend the Reply brief deadline two weeks to February 16, 2018.

7. This is the parties' third request for an extension of these deadlines, which may be unusual but is with good cause.

8. This stipulation is made solely as the parties' way of accommodating one another and is not in any way intended for the purposes of prejudice or delay.

…
…
…
…
…
…
…
…

- 2 -

For the above stated reasons, IT IS HEREBY AGREED AND STIPULATED, that the deadline for HOA to file Reply to Plaintiff's Opposition [ECF No. 31] shall be extended to **February 9, 2018**.

DATED this ____ day of January, 2018.       DATED this ____ day of January, 2018.

BALLARD SPAHR, LLP                            LIPSON NEILSON, P.C.

By:__/s/ Justin A. Shiroff_____              By:/s./Lisa J. Zastrow_____

    Justin A. Shiroff, Esq. (Bar #12869)        Kaleb D. Anderson, Esq. (Bar # 7582)
    100 North City Parkway, Suite 1750          Lisa J. Zastrow, Esq. (Bar # 9727)
    Las Vegas, NV 89106                          9900 Covington Cross Dr., Suite 120
                                                 Las Vegas, NV 89144

    *Attorneys for Plaintiff*

                                                 *Attorneys for Defendant*
                                                 *Treasures Landscape Maintenance*
                                                 *Association*

**ORDER**

IT IS SO ORDERED.

DATED February 2, 2018.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

Submitted by:

LIPSON NEILSON, P.C.

By:_____/s/ Lisa J. Zastrow_____
    Kaleb D. Anderson, Esq. (Bar # 7582)
    Liza J. Zastrow (Bar # 9727)
    9900 Covington Cross Dr., Suite 120
    Las Vegas, NV 89144

*Attorneys for Defendant*
*Treasures Landscape Maintenance Association*