UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| U.S. BANK, N.A., et al., | Case No. 2:17-CV-1890 JCM (NJK) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| TERRAFIRMA VENTURE LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *U.S. Bank, N.A. v. Terrafirma Venture LLC, et al.*, case no. 2:17-cv-01890-JCM-NJK.

On April 12, 2018, the court granted the parties' joint motion and stipulation to temporarily stay litigation to conduct negotiations and attempt to resolve the case. (ECF No. 47). Since that date, no party has submitted any filings with the court. The court orders the parties to file a joint status report indicating the current status of the case.

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a joint status report to the court within seven (7) days of the date of this order.

DATED July 19, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**