# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK, N.A., et al., | Case No. 2:17-CV-1890 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| TERRAFIRMA VENTURE LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *U.S. Bank, N.A. v. Terrafirma Venture, LLC, et al.*, case number 2:17-cv-01890-JCM-NJK.

In light of the parties' notice of settlement/status report (ECF No. 49), the court will deny defendant Treasures Landscape Maintenance Association's motion to dismiss and motion for summary judgment (ECF Nos. 17, 18); and defendant Terrafirma Venture, LLC's motion to dismiss (ECF No. 19) without prejudice to the parties' ability to renew their motions should the settlement not materialize.

Accordingly,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report may result in dismissal of this case for want of prosecution.

DATED August 28, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**