# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., | Case No.: 2:17-cv-01890-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| TERRAFIRMA VENTURE, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is an order for counsel to show cause why they should not be sanctioned. Docket No. 54. Based on the representations in the response filed, Docket No. 55, the Court will not impose sanctions. The Court does caution counsel that they must be more diligent in accurately representing facts in their filings and that they must seek appropriate relief in the future to conduct discovery beyond the cutoff. The order to show cause is otherwise **DISCHARGED**.

The deposition at issue shall take place within 14 days of the issuance of this order, and the discovery cutoff is extended for that purpose only. The other deadlines remain unchanged.

IT IS SO ORDERED.

Dated: October 3, 2018

                                                    _____
                                                    Nancy J. Koppe
                                                    United States Magistrate Judge