Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank
N.A., successor trustee to Bank of
America, N.A., successor in interest
to LaSalle Bank N.A., on behalf of
the registered holders of Bear
Stearns Asset Backed Securities I
LLC, Asset-Backed Certificates,
Series 2005-HE6*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6, <br><br> Plaintiff, <br><br> vs. <br><br> TERRAFIRMA VENTURE LLC, a Nevada corporation; TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation, <br><br> Defendants. | Case No. 2:17-cv-01890-JCM-NJK <br><br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON TREASURES LANDSCAPE MAINTENANCE ASSOCIATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT (ECF NOS. 57 AND 58)** <br><br> **(FIRST REQUEST)** |

Plaintiff U.S. Bank NA, Successor Trustee to Bank of America, NA, Successor in Interest to LaSalle Bank, N.A., on behalf of The Registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-HE6

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

(the "Trust"), and Defendant Treasures Landscape Maintenance Association ("Treasures"), (collectively the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree as follows. November 27, 2018 and December 4, 2018 are the current, respective deadlines for the Trust to respond to Treasures Landscape Maintenance Association's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (ECF Nos. 57 and 58, filed November 13, 2018, the "Motions").

In an effort to allow settlement negotiations between the Parties to this Stipulation to proceed (where the Trust and Defendant Terrafirma Venture LLC have already reached an agreement in principle), the Parties stipulate and agree that the Trust has up to and including January 11, 2019 to respond to the Motion. The amount of time requested is necessary, as even though the Parties will pursue settlement with the utmost diligence, it may take the considerable additional time to secure the requisite approvals, due to limiting factors such as when Board meetings are held, etc.

*(Remainder of Page Intentionally Left Blank)*

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

2

1    The parties submit this stipulation in good faith and not for purposes of

2   delay.

3   Dated: November 27, 2018

4

5   BALLARD SPAHR LLP                    LIPSON, NEILSON, COLE, SELTZER &
                                         GARIN, P.C.

6

7   /s/ Justin A. Shiroff               /s/  Lisa J. Zastrow
    Abran E. Vigil (SBN 7548)           Kaleb D. Anderson, Esq. (SBN 7582)

8   Justin A. Shiroff (SBN 12869)       Lisa J. Zastrow, Esq. (SBN 9272)
    One Summerlin                       9900 Covington Cross Drive,
                                        Suite 120
9   1980 Festival Plaza Drive, Suite 900   Las Vegas, Nevada 89144
    Las Vegas, Nevada 89135-2958

10  Attorneys for Plaintiff             Attorneys for Defendant, Treasures
                                        Landscape Maintenance Association

11

12

13

14

15

16                                      **IT IS SO ORDERED.**

17

18

19  _____

20                                      United States District Judge

21                                      DATED:    November 30, 2018
                                                _____

22

23

24

25

26

27

28

3

DMWEST #18295277 v1