Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-HE6*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFIRMA VENTURE LLC, a Nevada corporation; TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:17-cv-01890-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON TREASURES LANDSCAPE MAINTENANCE ASSOCIATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT (ECF NOS. 57 AND 58)**<br><br>**(SECOND REQUEST)** |

Plaintiff U.S. Bank NA, Successor Trustee to Bank of America, NA, Successor in Interest to LaSalle Bank, N.A., on behalf of The Registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-HE6 (the "Trust"), and Defendant Treasures Landscape Maintenance Association ("Treasures"), (collectively the "Parties"), by and through their respective

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

undersigned counsel of record, hereby stipulate and agree as follows. January 11, 2019 is the current deadline for the Trust to respond to Treasures Landscape Maintenance Association's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (ECF Nos. 57 and 58, filed November 13, 2018, the "Motions"). A settlement offer has been extended and the HOA is in the process of considering the offer.

The Parties stipulate and agree that the Trust has up to and including February 11, 2019 to respond to the Motion. The amount of time requested is necessary, as even though the Parties will pursue settlement with the utmost diligence, it may take the considerable additional time to secure the requisite approvals, due to limiting factors such as when Board meetings are held, etc.

The parties submit this stipulation in good faith and not for purposes of delay.

Dated: January 10, 2019.

| | |
|---|---|
| BALLARD SPAHR LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
| /s/ Justin A. Shiroff | /s/ Lisa J. Zastrow |
| Abran E. Vigil, Esq.<br>Nevada Bar No.7548<br>Justin A. Shiroff, Esq.<br>Nevada Bar No.12869<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135-2958 | Kaleb D. Anderson, Esq.<br>Nevada Bar No.7582<br>Lisa J. Zastrow, Esq.<br>Nevada Bar No. 9272<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Treasures Landscape Maintenance Association* |

**IT IS SO ORDERED.**

_____
United States District Judge

DATED: January 16, 2019

2

DMWEST #36256137 v1